
**FILED**

JAN 1 3 2016

MAGISTRATE JUDGE IAIN D. JOHNSTON
UNITED STATES DISTRICT COURT

## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| AMY B. RUSSELL, Individually, and as mother and next friend of G.R.R., a minor, ) ) ) | | |
| Plaintiffs, ) | No. | 15-cv-10006 |
| ) | | |
| v. ) | | |
| ) | | |
| RHEEN JOHN SMALLS, ) BEACON TRANSPORT, LLC, a corporation ) and BEACON TRANSPORT PROPERTIES, LLC, ) a corporation, ) Defendants. ) | | |

### COMPLAINT AT LAW

The Plaintiff, Amy B. Russell, Individually, and as mother and next friend of G.R.R., a minor, by and through her attorneys, DENNIS T. SCHOEN, P.C., complains of the Defendants RHEEN JOHN SMALLS, BEACON TRANSPORT, LLC, a corporation and BEACON TRANSPORT PROPERTIES, LLC, corporation and each of them, and states as follows:

### COUNT I

### JURISDICTION AND VENUE

1. At all times mentioned herein the Defendant Rheen John Smalls was a citizen and resident of the State of Indiana.

2. At all times mentioned herein Defendant Beacon Transport LLC was a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business in the State of Tennessee, and was in the business of transporting goods by truck.

3. At all times mentioned herein Defendant Beacon Transport Properties, LLC was a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business in Tennessee and was in the business of transporting goods of truck.

4. At all times mentioned herein the Plaintiffs Amy B. Russell and G.R.R., a minor, were citizens and residents of the State of Illinois.

5. The amount in controversy in this cause exceeds the sum of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, exclusive of interest and costs.

6. This action is brought pursuant to federal statue 28 U.S.C.1332.

7. This cause of action arises out of an incident that occurred at a location in Stephenson County within the Western Division of the Federal District Court for the Northern District of Illinois.

## CAUSE OF ACTION

8. At all times mentioned herein U.S Route 20 in the vicinity of its intersection with Bunker Hill Road, was a public highway running in a general easterly and westerly direction in the Township of Silver Creek, County of Stephenson, and State of Illinois.

9. At all times mentioned herein U.S. Route 20 in the vicinity of its intersection with Bunker Hill Road, had 2 lanes for eastbound moving traffic separated from 2 lanes for westbound moving traffic by a grassy median.

10. At all times mentioned herein Bunker Hill Road in the vicinity of its intersection with U.S. Route 20 was a public road running in a general northerly and southerly direction in the Township of Silver Creek, County of Stephenson, and State of Illinois.

11. On May 26, 2015 Defendant Rheen John Smalls operated, managed, maintained, and controlled a truck consisting of a tractor and trailer in an easterly direction on U.S. Route 20 approaching its intersection with Bunker Hill Road in the Township of Silver Creek, County of Stephenson, and State of Illinois.

12. On May 26, 2015 Defendant Beacon Transport LLC., a corporation by and through its duly authorized agent and employee Defendant Rheen John Smalls, acting within the course and scope of his agency and employment, operated, managed, maintained, and controlled a truck consisting of a tractor and trailer in an easterly direction on U.S. Route 20 approaching its intersection with Bunker Hill Road in the Township of Silver Creek, County of Stephenson, and State of Illinois.

13. On May 26, 2015 Defendant Beacon Transport Properties, LLC, a corporation, by and through its duly authorized agent and employee Defendant Rheen John Smalls, acting with the course and scope of his agency and employment, operated, managed, maintained, and controlled a truck consisting of a tractor and trailer in an easterly direction on U.S. Route 20 approaching its intersection with Bunker Hill Road in the Township of Silver Creek, County of Stephenson, and State of Illinois.

14. On May 26, 2015 the Plaintiff, Amy B. Russell, operated a vehicle in an easterly direction on U.S. Route 20 approaching its intersection with Bunker Hill Road in the Township of Silver Creek, County of Stephenson, and State of Illinois.

15. At all times mentioned herein the Plaintiff's Minor, G.R.R., was a restrained passenger in the vehicle being operated by Plaintiff Amy B. Russell.

16. At all times mentioned herein the Plaintiff, Amy B. Russell, operated her vehicle in that east bound lane of U.S. Route 20 closest to the median.

17. On May 26, 2015 the Defendant Rheen John Smalls, while proceeding eastbound on U.S. Route 20, missed his turn off of that roadway, and stopped his truck on the shoulder on

the right side of the eastbound moving lanes of Route 20 in the vicinity of its intersection with Bunker Hill Road, in order to check his location.

18. At said time and place the Defendant Rheen John Smalls then made a U-turn with his truck, turning left from the right shoulder, across both eastbound moving lanes of Route 20 and onto Bunker Hill Road in an attempt to reverse his direction of travel onto the westbound moving lanes of Route 20.

19. At said time and place the Defendant Rheen John Smalls, while making the U-turn, drove his truck into a collision with a vehicle in the eastbound moving lanes of U.S. Route 20 being operated by the Plaintiff Amy B. Russell.

20. At all times mentioned herein the Defendants Rheen John Smalls, Beacon Transport LLC., a corporation, and Beacon Transport Properties, LLC, a corporation, and each of them, were guilty of one or more of the following careless and negligent acts and omissions:

    a.    carelessly and negligently made a U-turn when such a turn could not be made safely and without interfering with other traffic, in violation of 625 ILCS5/11-802;

    b.    carelessly and negligently operated a Tractor/Trailer in a reckless manner and with a conscious disregard for the safety of others in violation of 625 ILCS5/11-503;

    c.    carelessly and negligently changed lanes without first ascertaining that the lane change could be made safely in violation of 625 ILSC5/11-709;

    d.    carelessly and negligently drove at a speed which was greater than was reasonable and proper, in violation of 625 ILCS5/-601;

    e.    carelessly and negligently failed to keep a proper and sufficient lookout while operating a motor vehicle;

    f.    carelessly and negligently failed to exercise due care in the operation of a motor vehicle;

g. carelessly and negligently made a left turn from the right side of the roadway,

h. carelessly and negligently failed to act reasonably to avoid impact;

i. carelessly and negligently failed to exercise due care in changing lanes;

j. carelessly and negligently failed to maintain proper control over said motor vehicle at all times;

k. carelessly and negligently failed to stop said motor vehicle when danger was imminent, so as to avoid striking the Plaintiff.

l. were otherwise careless and negligent in and about the operation of a motor vehicle.

21. As a direct and proximate result of one or more of the aforesaid careless and negligent acts and omissions of the Defendants Rheen John Smalls, Beacon Transport LLC, a corporation, and Beacon Transport Properties, LLC, a corporation, and each of them, the Plaintiff Amy B. Russell, was seriously and permanently injured, and has suffered and will continue to suffer damages of a personal and pecuniary nature.

Wherefore the Plaintiff, Amy B. Russell, demands judgement against the Defendants Rheen John Smalls, Beacon Transport LLC, a corporation, and Beacon Transport Properties, LLC, a corporation and each of them in an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

## COUNT II

The Plaintiff, G.R.R., a minor, by and through his mother and next friend, Amy B. Russell complaining of the Defendants Rheen John Smalls, Beacon Transport LLC, a corporation, and Beacon Transport Properties, LLC, a corporation and each of them, states:

1-20  The Plaintiff's minor, G.R.R., repeats and realleges each and every allegation contained in paragraphs 1 through 20 of Count I and incorporates the same herein by reference as if fully set forth.

21.  As a direct and proximate result of one or more of the aforesaid careless and negligent acts and omissions of the Defendants Rheen John Smalls, Beacon Transport LLC, corporation, and Beacon Transport Properties, LLC, a corporation, and each of them, the Plaintiff's Minor G.R.R., was seriously and permanently injured and has suffered and will continue to suffer damages of a personal and pecuniary nature.

Wherefore the Plaintiff's Minor G.R.R., by and through his mother and next friend Amy B. Russell demands judgement against the Defendants Rheen John Smalls, Beacon Transport LLC, a corporation, and Beacon Transport Properties, LLC, a corporation and each of them in an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

## COUNT III

The Plaintiff, Amy B. Russell, Individually, and as mother and next friend of G.R. R., a minor, by and through her attorneys, Dennis T. Schoen, P.C., complaining of the Defendants Rheen John Smalls, Beacon Transport, LLC, a corporation, and Beacon Transport Properties, LLC, a corporation, and each of them, states:

1-21.  The Plaintiff Amy B. Russell, individually and as mother and next friend of G.R.R., a minor, repeats and re-alleges each and every allegation contained in paragraphs 1 through 21 of Count II, and incorporates the same herein by references as if fully set forth.

22.  The Plaintiff Amy B. Russell has become obligated in the past and will become obligated in the future for large sums of money for doctor's bills, hospital bills, medical treatment

and healthcare costs as a result of serious and permanent injuries to Plaintiff's minor G.R.R. proximately caused by the occurrence set forth in this Complaint, and she has assigned, transferred, and relinquished her rights to recover those monies expended and debts, and obligations to be incurred for such medical expenses and services required by G.R.R., a minor to said Plaintiff's Minor.

Wherefore the Plaintiff, Amy B. Russell, individually and as mother and next friend of Plaintiff's Minor G.R.R. demands judgement against the Defendants Rheen John Smalls, Beacon Transport LLC, a corporation and Beacon Transport Properties, LLC, a corporation, and each of them in an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS.

Respectfully submitted,

DENNIS T. SCHOEN, P.C.

By: _____
DENNIS T. SCHOEN

Dennis T. Schoen
DENNIS T. SCHOEN, P.C.
221 N. La Salle Street, Ste. 663
Chicago, Illinois 60601
312-558-9143 – phone
312-558-5426 – fax
dschoen@dtschoenlaw.com
Atty No.: 45712

IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| AMY B. RUSSELL, Individually, and as mother and next friend of G.R.R., a minor, <br>     Plaintiffs, <br><br> v. <br><br> RHEEN JOHN SMALLS, <br> BEACON TRANSPORT, LLC, a corporation <br> and BEACON TRANSPORT PROPERTIES, LLC, <br> a corporation, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No.   15-cv-10006 |

## ATTORNEY AFFIDAVIT

I, DENNIS T. SCHOEN, being duly sworn on oath, do depose and state that the amount of damages sought in the above-captioned cause of action exceeds $75,000.00.

Respectfully submitted,

DENNIS T. SCHOEN, P.C.

By: _____
DENNIS T. SCHOEN
DENNIS T. SCHOEN, P.C.
221 N. La Salle Street, Ste. 663
Chicago, Illinois 60601
312-558-9143 – phone
312-558-5426 – fax
dschoen@dtschoenlaw.com
Atty No. 45712

SUBSCRIBED and SWORN TO
before me this _____ day of
_____, 2016.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARIBEL MENDOZA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/31/19