IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| AMY B. RUSSELL, Individually, and as mother and next friend of G.R.R., a minor,<br>    Plaintiffs, | )<br>)<br>) | |
| | ) | No.    15-cv-10006 |
| v. | )<br>) | |
| RHEEN JOHN SMALLS,<br>BEACON TRANSPORT, LLC, a corporation<br>and BEACON TRANSPORT PROPERTIES, LLC,<br>a corporation,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) | Magistrate Judge Ian D. Johnston |

## AGREED DISMISSAL ORDER

This matter coming before the Court on agreement of all parties to dismiss this matter with prejudice and without costs, all matters in controversy having been resolved between the parties;

IT IS HEREBY ORDERED that this cause of action is dismissed as to all defendants, with prejudice and without costs.


Dennis T. Schoen, Esq.
DENNIS T. SCHOEN, P.C.                                   _____
1 East Wacker Drive                                                DATE
Suite 2020
Chicago, Illinois 60601                                     _____
P: (312) 558-9143 │ F: (312) 558-5426                   JUDGE
ARDC No. 2501597